# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**329**
**CA 14-01464**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

ELEANOR HEISLER, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

SAMARITAN KEEP HOME, INC., DEFENDANT-APPELLANT,
AND STEPHEN GRYBOWSKI, M.D., DEFENDANT.

---

SMITH SOVIK KENDRICK & SUGNET, P.C., SYRACUSE (JAMES W. CUNNINGHAM OF COUNSEL), FOR DEFENDANT-APPELLANT.

BOTTAR LEONE, PLLC, SYRACUSE (AARON J. RYDER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered January 13, 2014. The order denied the motion of defendant Samaritan Keep Home, Inc. for summary judgment dismissing the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 27, 2015                          Frances E. Cafarell
                                                 Clerk of the Court